LF 245D   (03/2019) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

## District of Connecticut

UNITED STATES OF AMERICA

v.

Eugene Carlin

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: 0205 3:18CR00264-001

USM Number: 17520-014

James P. Maguire
Defendant's Attorney

## THE DEFENDANT:

☑ admitted guilty to violation of condition(s) <u>Mandatory #3, Standard #4</u>    of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 - Mandatory #3 | You must refrain from unlawful use of a controlled substance. | 01/19/2023 |
| 2 - Standard #4 | You must answer truthfully the questions asked by your probation officer | 01/19/2023 |

The defendant is sentenced as provided in pages <u>2</u> through <u>2</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: 4403

Defendant's Date of Birth: 1959

Defendant's Residence Address:

Middletown, CT

January 19, 2023
Date of Imposition of Sentence

/s/ Judge Alvin W. Thompson
Signature of Judge

Honorable Alvin W. Thompson
U.S. District Judge
Name and Title of Judge

January 23, 2023
Date

LF 245D   (Rev. 03/2019) Judgment in a Criminal Case for Revocations
     Sheet 2 -- Imprisonment

DEFENDANT:     Eugene Carlin
CASE NUMBER:    0205 3:18CR00264-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
Six (6) Months, with no Supervised Release to follow.

☐    The court makes the following recommendations to the Bureau of Prisons:

☑    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

      ☐    at          on

      ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

      ☐    before 2 p.m. on

      ☐    as notified by the United States Marshal.

      ☐    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

_____
DEPUTY UNITED STATES MARSHAL